UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MILAGROS CONCEPCION LOPEZ<br><br>Petitioner<br><br>v.<br><br>UNITED STATES OF AMERICA<br><br>Respondent | CIVIL NO. 03-1266(DRD)<br>re: Criminal No. 99-305-5(DRD)<br><br>Section 2255 |

# JUDGMENT

For the reasons set forth in our Opinion and Order of even date, it is hereby ADJUDGED that the Petition be hereby DISMISSED.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 15th day of March, 2005.

                                        s/ Daniel R. Domínguez
                                        DANIEL R. DOMINGUEZ
                                        U.S. DISTRICT JUDGE